**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

The United States of America,

        Plaintiff,       Case No. 17-20184

v.                               Judith E. Levy
                              United States District Judge

Corey Toney, *et al*,

                              Mag. Judge Mona K. Majzoub

        Defendants.

_____/

**ORDER GRANTING THE GOVERNMENT'S MOTION TO FILE ALL OF DEFENDANTS' *EX PARTE* LETTERS [407] AND MODIFYING THE JURY SEMI-SEQUESTRATION ORDER [380]**

On December 16, 2019, the Court held a final pretrial conference with all parties. For the reasons set forth on the record, the Court orders the following:

The Government's December 5, 2019 motion to file all of Defendants' *ex parte* letters is granted; and

The Court modifies its September 16, 2019 Order requiring a semi-anonymous and semi-sequestered jury. The Court and parties shall refer to jurors by numbers only. Additionally, the Court shall only require a secure escort for jury members at the end of the day, and not at the

beginning. The Court will determine whether further semi-sequestration measures are necessary after the trial has begun.

IT IS SO ORDERED.

Dated: December 17, 2019      s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                                       United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, December 17, 2019, using the Electronic Court Filing system and/or first-class U.S. mail.

s/William Barkholz

Case Manager